UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  SA 12-01501-MWF                                   Date:  **January 11, 2013**
          SA 12-01961-MWF

Title:    In re:  Yan Sui

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT
          JUDGE

| Rita Sanchez | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR APPELLANT:           ATTORNEYS PRESENT FOR APPELLEE:

None Present                               None Present

PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE RE:
                             DISMISSAL FOR LACK OF
                             PROSECUTION

On November 30, 2012, the Certificate of Readiness was docketed.  (SA 12-01501, Docket No. 7).  The deadline for Appellant Pei-yu Yang to file and serve the opening brief was **December 14, 2012**.  (*Id.*).  To date, Pei-yu Yang has not filed this opening brief or any other papers.

Furthermore, in the related case (SA 12-01961), the Court (the Honorable John F. Walter) ordered the parties to notify the Court if the Certificate of Readiness had not been docketed by January 7, 2013.  (Docket No. 8).  To date, the Certificate of Readiness has not been docketed, and Appellant Yan Sui has filed no notice or other papers.

Accordingly, the Court ORDERS Appellants Pei-yu Yang (SA 12-01501) and Yan Sui (SA 12-01961) TO SHOW CAUSE, *in writing*, by no later than **January 25, 2013**, why these actions should not be dismissed for failure to prosecute and to comply with court rules and orders.

The Court may not provide advice to *any* party, including persons who are not represented by a lawyer.  (Such persons are known as "pro se litigants.")  However, this District does have a "Pro Se Clinic" that can provide information

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   SA 12-01501-MWF                              Date:  **January 11, 2013**
           SA 12-01961-MWF

Title:        In re: Yan Sui

and assistance about many aspects of civil litigation in this Court.  The Clinic is administered by Public Counsel, a public interest law firm, and it is staffed by lawyers and a paralegal.  In order to benefit from the guidance that the Clinic may be in a position to provide, pro se litigants (in this case, Pei-yu Yang and Yan Sui) have to go there directly.  The Pro Se Clinic is open to members of the public on Mondays, Wednesdays and Fridays, and is open from 9:30 a.m. to 12:00 p.m. (noon) and from 2:00 p.m. to 4:00 p.m.  Individuals seeking assistance are seen on a first-come, first-served basis.  The clinic is located in Room G-19 on the Ground Floor of the U.S. Courthouse at 312 N. Spring Street, Los Angeles, California.

      Although the Clinic does *not* provide assistance telephonically, a pro se litigant may call the Clinic to obtain further information.  The telephone number is (213) 385-2977, ext. 270.  Again, the Clinic does *not* provide any assistance over the telephone; the purpose of a telephone call would be *only* to get more information about the Clinic.  In addition, the Court has information of importance to pro se litigants at the "Pro Se" link on its website, http://www.cacd.uscourts.gov.

      IT IS SO ORDERED.